JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVERY PRODUCTS CORPORATION,<br><br>Defendant. | Case No. SACV 15-1982-GW(AGRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the Complaint [1], Answer and Counterclaim [13], and Answer to Counterclaim [18] in this Civil Action and all claims asserted therein are dismissed with prejudice. Each party will bear its own attorneys' fees and expenses. this action is hereby dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: April 1, 2016

                                        _____
                                        GEORGE H. WU, U.S. District Judge